1  TIMOTHY S. THIMESCH, ESQ. (No. 148213)
     tim@thimeschlaw.com
2  THIMESCH LAW OFFICES, PLC
   158 Hilltop Crescent
3  Walnut Creek, CA 94576-3452
   Direct: (925) 588-0401
4  Facsimile: (888) 210-8868

5  Attorney for Plaintiff PATRICIA JORDAN

6
   BENJAMIN C. MIZER
7  Principal Deputy Assistant Attorney General
   CARLOTTA WELLS
8  Assistant Branch Director, Federal Programs Branch, Civil Division
   LISA ZEIDNER MARCUS (N.Y. Bar 4461679) - Trial Attorney
9    lisa.marcus@usdoj.gov
   United States Department of Justice
10 Civil Division, Federal Programs Branch
   20 Massachusetts Avenue, NW, 7th Floor
11 Washington, D.C. 20530
   Telephone: (202) 514-3336
12 Facsimile: (202) 616-8470

13 Attorneys for Defendants, PRESIDIO TRUST and THE U.S. EQUAL EMPLOYMENT
   OPPORTUNITY COMMISSION
14

15
                    UNITED STATES DISTRICT COURT
16                  NORTHERN DISTRICT OF CALIFORNIA
                           OAKLAND DIVISION
17

18 PATRICIA JORDAN,                    )   Case No. 16-cv-02122 KAW
                                       )
19                                     )
            Plaintiff,                 )
20  v.                                 )   STIPULATED REQUEST FOR ORDER
                                       )   CHANGING TIME TO RESPOND TO
21 PRESIDIO TRUST, and THE U.S. EQUAL  )   PLAINTIFFS' COMPLAINT AND TO
   EMPLOYMENT OPPORTUNITY              )   MODIFY BRIEFING SCHEDULE
22 COMMISSION,                         )
                                       )
23          Defendants.                )
                                       )

Pursuant to Civil Local Rules 6-1(b) and 6-2 of the Northern District of California, plaintiff Patricia Jordan ("plaintiff") and defendants the Presidio Trust and the U.S. Equal Employment Opportunity Commission (collectively, "defendants"), by and through their respective counsel, respectfully submit this stipulated request to: (1) extend the time for defendant to respond to plaintiffs' Complaint, and (2) modify the briefing schedule for defendants' anticipated motion to dismiss as follows, as follows:

1. Defendants intend to respond to plaintiff's Complaint by filing a motion to dismiss. Under the current schedule, defendants' response (motion) is due on September 16, 2016; plaintiff's opposition to the motion is due two weeks later, on September 30, 2016; and defendants' reply is due the following week, on October 7, 2016;

2. The parties agree that the briefing schedule should be modified due to the anticipated complexity of defendants' forthcoming motion, which defendants represent will raise jurisdictional issues and will also argue that plaintiff has failed to state a claim upon which relief will be granted. The commentary to the Civil Local Rules instructs that the default two weeks for an opposition and one week for a reply "are minimum time periods," and that for "complex motions," such as the one that defendants anticipate filing here, "parties are encouraged to stipulate or seek a Court order establishing a longer notice period with correspondingly longer periods for response or reply." Civil. L.R. 7-2 Commentary.

3. In addition, defendants represent that their motion must be reviewed by multiple federal agencies before it can be filed, and additional time is needed due to the press of business. Similarly, the press of business informs the parties' agreement that the timeframes for the opposition and the reply should be enlarged, since counsel for the parties must also continue their work on other matters during the time allowed for the briefing here.

4. For these reasons, the parties request that the Court enter the following stipulated briefing schedule: defendants' motion to dismiss due by Monday, September 26; plaintiffs' opposition due by Friday, November 4; defendants' reply due by Thursday, Nov. 17.

5. The requested briefing schedule will alter the current deadline (of September 16) for defendants' response to the Complaint. One prior extensions of time has previously been requested and granted; on August 30, 2016, the Court granted defendants' request to extend the deadline for responding to the Complaint. *See* ECF No. 30.

6. The requested time modification will not alter any other event or deadline. The next case management conference in this case is scheduled for November 29, 2016 at 1:30pm, and the parties are to file a Case Management Statement by November 22.

IT IS SO STIPULATED AND REQUESTED.

Dated: September 16, 2016   */s/ Timothy S. Thimesch*
TIMOTHY S. THIMESCH, ESQ.
THIMESCH LAW OFFICES
Attorneys for Plaintiff PATRICIA JORDAN

Dated: September 16, 2016   */s/ Lisa Zeidner Marcus*
LISA ZEIDNER MARCUS[1]
Counsel for Defendants
PRESIDIO TRUST; and THE U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**[Proposed] ORDER**

Pursuant to stipulation, it is SO ORDERED.

DATE:  9/21/16

HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

---

[1] I, Lisa Zeidner Marcus, hereby attest, in accordance with the Civil L.R. 5-1(i)(3), the concurrence in the filing of this document has been obtained from the other signatory listed here.

— 3 —