1 | TIMOTHY S. THIMESCH, ESQ. (No. 148213)
   | tim@thimeschlaw.com
2 | THIMESCH LAW OFFICES, PLC
   | 158 Hilltop Crescent
3 | Walnut Creek, CA 94576-3452
   | Direct: (925) 588-0401
4 | Facsimile: (888) 210-8868

5 | Attorney for Plaintiff PATRICIA JORDAN

6 |
   | BENJAMIN C. MIZER
7 | Principal Deputy Assistant Attorney General
   | CARLOTTA WELLS
8 | Assistant Branch Director, Federal Programs Branch, Civil Division
   | LISA ZEIDNER MARCUS (N.Y. Bar 4461679) - Trial Attorney
9 |   lisa.marcus@usdoj.gov
   | United States Department of Justice
10 | Civil Division, Federal Programs Branch
   | 20 Massachusetts Avenue, NW, 7th Floor
11 | Washington, D.C. 20530
   | Telephone: (202) 514-3336
12 | Facsimile: (202) 616-8470

13 | Attorneys for Defendants, PRESIDIO TRUST and THE U.S. EQUAL EMPLOYMENT
   | OPPORTUNITY COMMISSION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| PATRICIA JORDAN, | Case No. 16-cv-02122 KAW |
|---|---|
| Plaintiff, | |
| v. | SECOND STIPULATED REQUEST FOR ORDER CHANGING TIME TO RESPOND TO PLAINTIFFS' COMPLAINT AND TO MODIFY BRIEFING SCHEDULE |
| PRESIDIO TRUST, and THE U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | |
| Defendants. | |

Pursuant to Civil Local Rules 6-1(b) and 6-2 of the Northern District of California, defendants the Presidio Trust and the U.S. Equal Employment Opportunity Commission (collectively, "defendants"), by and through their respective counsel, and with the consent of plaintiff Patricia Jordan ("plaintiff"), respectfully submit this stipulated request to: (1) extend the time for defendant to respond to plaintiffs' Complaint, and (2) modify the briefing schedule for defendants' anticipated motion to dismiss as follows, as follows:

1. Defendants intend to respond to plaintiff's Complaint by filing a motion to dismiss. Under the current schedule, defendants' response (motion) is due on September 26, 2016; plaintiff's opposition to the motion is due on November 4; and defendants' reply is due on November 17. Defendants request an adjustment of three-business days for each deadline, such that defendants' response (motion) would be due on September 29; plaintiff's opposition to the motion due would be due on November 9; and defendants' reply would be due on November 22.

2. Defendants represent that the additional time is needed to allow the multiple federal agencies reviewing defendants' draft brief to complete their review process to finalize the motion to dismiss, and because defendants' undersigned counsel was out of work on unanticipated sick leave on Friday, September 23, and Monday, September 26.

3. The requested modification will alter the briefing schedule set by the Court for defendants' anticipated motion to dismiss. Two prior extensions of time have previously been requested and granted; on August 30, 2016, the Court granted defendants' request to extend the deadline for responding to the Complaint, *see* ECF No. 30, and on September 22, the Court granted the parties' stipulated request to modify the briefing schedule, *see* ECF No. 35. Defendants do not anticipate seeking any further extensions of the deadline for filing the motion to dismiss.

4. The requested time modification will not alter any other event or deadline. The next case management conference in this case is scheduled for November 29, 2016 at 1:30pm.

IT IS SO STIPULATED AND REQUESTED.

1  Dated: September 26, 2016        */s/ Timothy S. Thimesch*
                                     TIMOTHY S. THIMESCH, ESQ.
2                                    THIMESCH LAW OFFICES
                                     Attorneys for Plaintiff PATRICIA JORDAN
3

4  Dated: September 26, 2016        */s/ Lisa Zeidner Marcus*
                                     LISA ZEIDNER MARCUS[1]
5                                    Counsel for Defendants
                                     PRESIDIO TRUST; and THE U.S. EQUAL EMPLOYMENT
6                                    OPPORTUNITY COMMISSION

## [Proposed] ORDER

Pursuant to stipulation, it is SO ORDERED.

DATE: 9/27/16                        *Kandis Westmore*
                                     HON. KANDIS A. WESTMORE
                                     UNITED STATES MAGISTRATE JUDGE

---

[1] I, Lisa Zeidner Marcus, hereby attest, in accordance with the Civil L.R. 5-1(i)(3), the concurrence in the filing of this document has been obtained from the other signatory listed here.

SECOND STIPULATED REQUEST FOR ORDER CHANGING TIME                                3
Case No. 16-cv-02122 KAW