TIMOTHY S. THIMESCH, ESQ. (No. 148213)
  tim@thimeschlaw.com
THIMESCH LAW OFFICES, PLC
158 Hilltop Crescent
Walnut Creek, CA 94576-3452
Direct: (925) 588-0401
Facsimile: (888) 210-8868

Attorney for Plaintiff PATRICIA JORDAN


BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
CARLOTTA WELLS
Assistant Branch Director, Federal Programs Branch, Civil Division
LISA ZEIDNER MARCUS (N.Y. Bar 4461679) - Trial Attorney
  lisa.marcus@usdoj.gov
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, 7th Floor
Washington, D.C. 20530
Telephone: (202) 514-3336
Facsimile: (202) 616-8470

Attorneys for Defendants, PRESIDIO TRUST and THE U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| PATRICIA JORDAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PRESIDIO TRUST, and THE U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Defendants. | Case No. 16-cv-02122 KAW<br><br>THIRD STIPULATED REQUEST FOR ORDER CHANGING TIME TO MODIFY BRIEFING SCHEDULE AND HEARING DATE   AS MODIFIED<br><br><u>Hearing</u>:<br>December 14, 2016, 10 AM |

**THIRD**

Pursuant to Civil Local Rules 6-1(b) and 6-2 of the Northern District of California, plaintiff Patricia Jordan ("plaintiff"), and with the consent of defendants the Presidio Trust and the U.S. Equal Employment Opportunity Commission (collectively, "defendants"), by and through their respective counsel, respectfully submit this stipulated request to modify the briefing schedule related to defendants' pending motion to dismiss, and as follows:

1. Under the current schedule plaintiff's opposition brief is due on November 9 and defendant's optional reply by November 22. Plaintiff requests that her filing be extended to December 5, 2016; that defendants' reply deadline be extended to December 19, 2016; and that the hearing be continued to January 19.

2. Plaintiff's counsel represents that the additional time is required to complete research and brief the necessary issues, and because he currently is heavily engaged in briefing an unrelated appellate matter as well as another for an emergency writ.

3. This requested modification will alter the briefing schedule set by the Court for defendants' anticipated motion to dismiss. The parties have submitted two prior modification of the briefing schedule, which were granted. Plaintiff does not anticipate seeking any further extensions of the deadline for filing her opposition papers.

4. The requested time modification will not alter any other event or deadline. The next case management conference in this case is scheduled for November 29, 2016 at 1:30pm.

IT IS SO STIPULATED AND REQUESTED.


Dated:  September 26, 2016            */s/ Timothy S. Thimesch*
                                      TIMOTHY S. THIMESCH, ESQ. [1]
                                      THIMESCH LAW OFFICES
                                      Attorneys for Plaintiff PATRICIA JORDAN

Dated:  September 26, 2016            /s/ *Lisa Zeidner Marcus*
                                      LISA ZEIDNER MARCUS
                                      Counsel for Defendants
                                      PRESIDIO TRUST; and THE U.S. EQUAL EMPLOYMENT
                                      OPPORTUNITY COMMISSION

---

[1] I, Timothy S. Thimesch, hereby attest, in accordance with the Civil L.R. 5-1(i)(3), the concurrence in the filing of this document has been obtained from the other signatory listed here.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[Proposed] ORDER**

Pursuant to stipulation, it is SO ORDERED.

DATE: 11/10/16

*Kandis Westmore*

HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE