TIMOTHY S. THIMESCH, ESQ. (No. 148213)
 tim@thimeschlaw.com
THIMESCH LAW OFFICES, PLC
158 Hilltop Crescent
Walnut Creek, CA 94576-3452
Direct: (925) 588-0401
Facsimile: (888) 210-8868

Attorney for Plaintiff PATRICIA JORDAN


CHAD A. READLER
Acting Assistant Attorney General
CARLOTTA WELLS
Assistant Branch Director, Federal Programs Branch, Civil Division
LISA ZEIDNER MARCUS (N.Y. Bar 4461679) - Trial Attorney
 lisa.marcus@usdoj.gov
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, 7th Floor
Washington, D.C. 20530
Telephone: (202) 514-3336
Facsimile: (202) 616-8470

Attorneys for Defendants, PRESIDIO TRUST, THE U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, JEAN S. FRASER, and VICTORIA LIPNIC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| PATRICIA JORDAN, <br><br> Plaintiff, <br> v. <br><br> PRESIDIO TRUST; THE U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION; JEAN S. FRASER, in her official capacity as Chief Executive Officer of the Presidio Trust; and VICTORIA LIPNIC, in her official capacity as Acting Chair of the EEOC, <br><br> Defendants. | Case No. 16-cv-02122 KAW <br><br> STIPULATED REQUEST FOR ORDER CHANGING TIME <br><br> Pursuant to Local Rule 6-2 |

Pursuant to Civil Local Rules 6-1(b) and 6-2 of the Northern District of California, defendants, by and through their counsel, and with the consent of plaintiff Patricia Jordan, respectfully submit this stipulated request to modify the deadline for defendants' reply brief.

Defendants have no opposition to the recent extension requested by plaintiff and entered today by the Court, except that agency counsel at the Equal Employment Opportunity Commission (one of two defendant agencies) has previously scheduled leave for June 7 through June 18, 2017. Under the current schedule, plaintiff's opposition to the pending motion to dismiss is due on June 8, and defendants' reply is due on June 15. Given the above-referenced leave plans, defendants respectfully request an additional week, until June 22, to submit their reply.

Plaintiff consents to this request. The requested modification will not alter any other event or deadline. A motions hearing is scheduled for July 6, 2017 at 11:00am, and the next case management conference in this case is scheduled for August 15, 2017 at 1:30pm.

IT IS SO STIPULATED AND REQUESTED.

Dated: May 12, 2017          */s/ Lisa Zeidner Marcus*
                             LISA ZEIDNER MARCUS[1]
                             Counsel for Defendants, PRESIDIO TRUST; THE U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION; JEAN S. FRASER, in her official capacity; and VICTORIA LIPNIC, in her official capacity

Dated: May 12, 2017          */s/ Timothy S. Thimesch*
                             TIMOTHY S. THIMESCH, ESQ.
                             THIMESCH LAW OFFICES
                             Attorneys for Plaintiff PATRICIA JORDAN

**[Proposed] ORDER**

Pursuant to stipulation, it is SO ORDERED.

DATE: 5/31/17                HON. KANDIS A. WESTMORE
                             UNITED STATES MAGISTRATE JUDGE

---

[1] I, Lisa Zeidner Marcus, hereby attest, in accordance with the Civil L.R. 5-1(i)(3), the concurrence in the filing of this document has been obtained from the other signatory listed here.