TIMOTHY S. THIMESCH, ESQ. (No. 148213)
tim@thimeschlaw.com
THIMESCH LAW OFFICES, PLC
158 Hilltop Crescent
Walnut Creek, CA 94576-3452
Direct: (925) 588-0401
Facsimile: (888) 210-8868

Attorney for Plaintiff PATRICIA JORDAN

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
CARLOTTA WELLS
Assistant Branch Director, Federal Programs Branch, Civil Division
LISA ZEIDNER MARCUS (N.Y. Bar 4461679) - Trial Attorney
lisa.marcus@usdoj.gov
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, 7th Floor
Washington, D.C. 20530
Telephone: (202) 514-3336
Facsimile: (202) 616-8470

Attorneys for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| PATRICIA JORDAN,<br><br>Plaintiff,<br>v.<br><br>PRESIDIO TRUST, and THE U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Defendants. | Case No. 16-cv-02122 KAW<br><br>STIPULATED REQUEST FOR ORDER CHANGING PLAINTIFF'S DEADLINE TO FILE OPPOSITION TO MOTION TO DISMISS AS MODIFIED<br><br><u>Hearing</u>:<br>November 7, 2107 # 1:30 AM |

Pursuant to Civil Local Rules 6-1(b) and 6-2 of the Northern District of California, plaintiff Patricia Jordan, and with the consent of defendants the Presidio Trust and the U.S. Equal Employment Opportunity Commission and their named officers, by and through their respective counsel, respectfully submit this stipulated request to modify by 14 days the current deadline for plaintiff to file opposition to the Motion to Dismiss, extending from the current deadline of September 8 to the new requested-deadline of September 22. Plaintiff's counsel represents that the current deadline interferes with pre-planned travel. To accommodate this change, the parties also request moving the deadline for Defendant's reply brief to October 4, 2017. The motion hearing set for October 5, 2017, is continued to November 2, 2017.

The case management conference set for November 7, 2017, is continued to December 5, 2017, at 1:30 pm.

IT IS SO STIPULATED AND REQUESTED.

Dated: September 8, 2016

*/s/ Timothy S. Thimesch*
TIMOTHY S. THIMESCH, ESQ. [1]
THIMESCH LAW OFFICES
Attorneys for Plaintiff PATRICIA JORDAN

Dated: September 8, 2016

/s/ *Lisa Zeidner Marcus*
LISA ZEIDNER MARCUS
Counsel for Defendants
PRESIDIO TRUST; and THE U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**~~[Proposed~~] ORDER**

Pursuant to stipulation, it is SO ORDERED.

DATE: 9/8/17

HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

[1] I, Timothy S. Thimesch, hereby attest, in accordance with the Civil L.R. 5-1(i)(3), the concurrence in the filing of this document has been obtained from the other signatory listed here.