1
2
3
4
5
6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

7

PATRICIA JORDAN,

Case No. 16-cv-02122-KAW

8

Plaintiff,

**ORDER TO SHOW CAUSE**

9

v.

Re: Dkt. Nos. 80, 89

10

THE PRESIDIO TRUST, et al.,

11

Defendants.

12

13          On August 25, 2017, Defendants filed their motion to dismiss the second amended

14   complaint. (Dkt. No. 79.) In contravention of Civil Local Rule 5-1 and this Court's Standing

15   Order, Defendants failed to provide a chambers copy of their filing. On September 6, 2017, the

16   Court issued an order requiring a chambers copy to be delivered to the Court within three days of

17   the order. (Dkt. No. 80.) Defendants did not comply.

18          On October 11, 2017, Defendants filed their reply in support of the motion to dismiss the

19   second amended complaint. (Dkt. No. 88.) Again, Defendants failed to provide a chambers copy

20   of their filing. On October 17, 2017, the Court again issued an order requiring a chambers copy of

21   both the moving papers and reply brief to be delivered to the Court within three days of the order.

22   (Dkt. No. 89.) Defendants did not comply.[1]

23          Accordingly, Defendants' counsel is ordered to provide a chambers copy of the moving

24   papers and reply brief, and to show cause, by **October 27, 2017**, why they should not be

25   sanctioned for failure to comply with the Court's September 6, 2017 and October 17, 2017 orders

26

27   ─────────────────────

28   [1] The Court also notes that it issued an order requiring a chambers copy as to Defendants' motion
     to dismiss the first amended complaint, to which Defendants also failed to comply. (*See* Dkt. No.
     64.)

under the Court's inherent authority. *See Network Caching Tech., LLC v. Novell, Inc.*, No. C-01-2079 VRW, 2003 WL 21699799, at \*3 (N.D. Cal. Mar. 21, 2003) ("there is no question the court may, again under its inherent authority, sanction failure to comply with court orders ").

IT IS SO ORDERED.

Dated: October 24, 2017

_____
KANDIS A. WESTMORE
United States Magistrate Judge